IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 19, 2008

Charles R. Fulbruge III
Clerk

No. 07-50759
Summary Calendar

MARIA E. FERJAOUI

Plaintiff-Appellant

v.

CARI M. DOMINGUEZ, Chairlady, United States Equal Employment
Opportunity Commission

Defendant-Appellee

Appeal from the United States District Court for the
Western District of Texas
5:05-CV-797

Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the briefs of the parties, we are satisfied the district court committed no reversible error. Therefore we affirm the district court judgment, essentially for the reasons assigned in the district court's careful May 17, 2007 order.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.